IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Robert Carlton,<br><br>      Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>      Defendant. | Case No. 8:23-cv-211-BCB-SMB<br><br>**DECLARATION OF<br>CAITLIN L. OPPERMAN** |

I, Caitlin L. Opperman, under oath state and declare as follows:

    1.    I am an attorney at the law firm of Nichols Kaster, PLLP, in Minneapolis, Minnesota. I am one of the attorneys representing Plaintiff Robert Carlton in the above-captioned matter.

    2.    I submit this declaration in opposition to Defendant Union Pacific Railroad Co.'s Motion to Dismiss (ECF No. 6).

    3.    Attached hereto are true and correct copies of the following exhibits:

        **Exhibit 1:** Plaintiff's Memorandum of Law in Support of Motion for Class Certification, *Harris v. Union Pacific R.R. Co.*, No. 8:16-cv-381-JFB-SMB (D. Neb.), ECF No. 249.

        **Exhibit 2:** Opening Brief for Appellant Union Pacific Railroad Company, *Harris v. Union Pacific R.R. Co.*, No. 19-1514 (8th Cir. Apr. 25, 2019).

        **Exhibit 3:** Reply Brief for Appellant Union Pacific Railroad Company, *Harris v. Union Pacific R.R. Co.*, No. 19-1514 (8th Cir. July 16, 2019).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: July 6, 2023                                           **NICHOLS KASTER, PLLP**

s/Caitlin L. Opperman
James H. Kaster* (MN 53946)
    kaster@nka.com
Lucas J. Kaster* (MN 396251)
    lkaster@nka.com
Caitlin L. Opperman* (MN 0399978)
    copperman@nka.com
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

*\* Admitted in D. Neb.*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, and such filing was sent electronically using the same CM/ECF system to all parties for whom counsel has entered an appearance.

Dated: July 6, 2023                                           s/Caitlin L. Opperman
                                                                 Caitlin L. Opperman