| | |
|---|---|
| **From:** | Kaster, Lucas |
| **To:** | Caitlin Wain; carson@ned.uscourts.gov |
| **Cc:** | Ryan Carson; Danielle Rowley; spmoore_bairdholm.com; Thompson, Haley; Kaster, James |
| **Subject:** | Carlton v. Union Pacific Railroad: 8:23-cv-211 - Disclosure Issue |
| **Date:** | Tuesday, September 23, 2025 2:30:08 PM |

**CAUTION - EXTERNAL:**

Dear Judge Carson,

We have an issue in the above referenced case regarding Defendant's disclosures for Dr. John Holland. I am reaching out for guidance on whether the Court would handle this issue through an informal discovery conference, or Plaintiff should move forward with a motion to exclude.

As background, Defendant's initial expert disclosure deadline was June 27, 2024. (Dkt. 23). The parties later agreed to extend the deadline to July 12, 2024. Per the Court's progression order, the expert disclosure deadline required "complete" disclosures from all experts expected to testify at trial (both retained and non-retained). Defendant did not disclosure Dr. Holland as an expert under Rule 26(a)(2)(B) or (C). In addition, written discovery closed in this case on August 29, 2025. (Dkt. 63).

On July 30, 2025, Plaintiff noticed Dr. Holland's deposition for today, September 23, 2025, because he was identified in Defendant's initial disclosures as someone who may have been involved in Plaintiff's fitness for duty process. Yesterday, Defendant produced a "supplemental disclosure" from Dr. Holland under Rule 26(a)(3), including a 14-page declaration and 628 pages of documents. During the deposition today, Dr. Holland testified that he played no part in the fitness for duty decision for Mr. Carlton.

Because this issue may affect other discovery and deadlines, I am seeking guidance from the Court on how to proceed.

Thank you,

Lucas



**Lucas Kaster**
Partner

(612) 256-3231 | lkaster@nka.com

4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(877) 448-0492 | fax: (612) 338-4878
www.nka.com | bio | contact card

**EMPLOYEE & CONSUMER RIGHTS** | Visit Us on the Web: 

The information in this transmission may be attorney privileged and/or confidential information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.